**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Michael Loren LEE, Defendant—**
**Appellant.**

No. 00–50595.
D.C. No. CR–99–00319–CM–1.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2001.*

Decided Jan. 23, 2002.

Before KLEINFELD, HAWKINS and SILVERMAN, Circuit Judges.

MEMORANDUM **

Michael Loren Lee appeals his 15-month sentence imposed following his guilty plea to possessing child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B). We have jurisdiction pursuant to 18 U.S.C. § 3742, and we affirm.

The sole basis for Lee's appeal is a claim of ineffective assistance of counsel at sentencing. We decline to address this claim on direct appeal. *See United States v. Ross,* 206 F.3d 896, 900 (9th Cir.2000). Such claims normally should be raised in a collateral challenge to permit development of a record as to what counsel did, why it was done, and what, if any, prejudice resulted. *Id.* Ineffective assistance claims may be reviewed on direct appeal if the record is sufficiently developed or the representation is obviously inadequate, but this is not such a case. *See United States v. Robinson,* 967 F.2d 287, 290 (9th Cir. 1992).

**AFFIRMED.**

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.
* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, appellant's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit *except as may be provided* by Ninth Circuit Rule 36–3.